UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MICHAEL EAZELLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18 CV 469 |
| | ) |
| SGT. JAMES POLING, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

As no objections have been filed with respect to the report and recommendation of Magistrate Judge John E. Martin dated July 27, 2020, the court now **ADOPTS** that report and recommendation (DE # 56), and **DENIES without prejudice** defendant James Poling's motion to dismiss (DE # 33) and defendants Correctional Health Indiana, Inc. and William Forgey's motion to dismiss (DE # 41).

SO ORDERED.

Date: August 12, 2020

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT